# A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

St. Julian J. Baranco

**543093**
Inmate (DOC) number

(Enter above the full name of each plaintiff in this action.)

**RECEIVED**
JUN 23 2022
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

**VERSUS**

Cpl. J. Kirst officer of the East Baton Rouge Police Dept.

Cpt. Paulisha, Reed and Robert Bordelon

WARDEN SANDERS, Colnel. Will

(Enter above the full name of each defendant in this action.)

## Instructions for Filing Complaint by Prisoners Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

**IF YOU ARE A PARISH PRISONER**, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

**IF YOU ARE A D.O.C. PRISONER**, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for <u>each</u> defendant no longer employed by the Department of Corrections.

**All copies of the complaint must be identical to the original.**

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly**

**the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. **THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.**

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes (✓) No ( X )

   B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit
      Plaintiff(s): _St. Julian J. Baranco_

      Defendant(s): _Officer Curtis Wilson, Kerry Hildego of East Baton Rouge Parish Police Dept._

   2. Court (if federal court, name the district; if state court, name the parish):
      _Middle District of Louisana_

   3. Docket number: _18-785-sdd-ewd_

2.

4. Name of judge to whom case was assigned: Shelly Dick

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
The case was Appeal 5th Circuit

6. Date of filing lawsuit: ~~approach September August~~ 8-15-15 through 10-30-15.

7. Date of disposition: December 2018 sometime or a couple months before I think.

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?    Yes ( )    No ( X )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.
18-785-sdd-ewd    Middle District of Louisiana, 5th Circuit of Appeal

II. Place of present confinement: Louisiana State Penitentiary

A. Is there a prisoner grievance procedure in this institution?   Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )

C. If your answer is YES:

1. Identify the administrative grievance procedure number (s) in which the claims raised in this complaint were addressed. Never once been address and not sure if it got to the Warden Hand securely.

2. What steps did you take? Refusing confrontations to write a Emergency ARP

3. What was the result? Retaliation of getting 90 days in the cell block if I get another write up.

D. If your answer is NO, explain why not: Malicious behavior and conspiracy from why Im actually incarcerated to a related Rape charge I falsely recieved.

3.

### III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) St. Julian Baranco
   Address _____

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant ~~Cpt. Reed, Major Reed, Warden Sanders, Colnel Will~~ East Baton Rouge Police dept and Officer Cpl. J. Krist is employed as officer ~~BRPD~~ at for BRPD

C. Additional Defendants: Cpt. Reed, Warden Sanders, Colnel Will and Major Reed and Robert Bordelon

### IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Cpl. J. Krist has written a falsified police report and the bill idictment was malicious presecuted EBR District Attorneys Melissa Morvant and Daniell Billings presecuted the case to retaliate from first civil action in 2015 for trying to shoot ~~Excessively~~ to kill me from curtis wilson, kerry Hildago now since I've got a life sentence for this I'm housed in a Displinary Camp in Angola and a conspiracy has grown from my Attorney Muriel Van Horn has set up a zoom visitation to handle my appeal and now Cpt. Reed, Major Reed, Warden Sanders, Colnel Will and Robert Bordelon has not been treating me fair and has broke my civil rights.

4.

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. _Be remove from this facility if possible for medical state attention lack of therapy and lack of pay potential rehabilition and 7 million for the Malfeasance of an officer, obstruction of Justice and Malicious Prosecution of conspiracy due to my first Civil action against BRPD in EBR._

## VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this ___15th___ day of ___June___, 20___.

_____
Signature of plaintiff(s)

5.

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. Be remove from this facility if possible for medical ~~state~~ attention lack of therapy and lack of pay potential rehabilitation and 7 million for the Malfeasance of an officer, obstruction of Justice and Malicious Prosecution of conspiracy due to my first civil ~~action~~ against BRPD in EBR.

## VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this __15th__ day of __June__, 20___.

_____
Signature of plaintiff(s)

5.